**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 94-4878

BETH ANN FARAGHER, ET AL.,

                              Plaintiffs-Appellants-
                              Cross-Appellees,

                    versus

CITY OF BOCA RATON, a political
subdivision of the State of Florida,

                              Defendant-Appellee-
                              Cross-Appellant,

BILL TERRY,
DAVID SILVERMAN,

                              Defendants-Appellees.

                    --------------------------
           Appeals from the United States District Court for the
                      Southern District of Florida
                    --------------------------

                         ON PETITION FOR REHEARING
        (Opinion February 8, 1996, 11th Cir., 1996, ___ F.2d ___)

                            (May 13, 1996)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

B Y  T H E  C O U R T :

       A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

_____
*Senior U.S. Circuit Judge David W. Dyer has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).